UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REAHNA CIAMPA,      )
                    )
    Plaintiff,      )
                    )
v.                  )
                    )
FORD MOTOR COMPANY, )
                    )
    Defendant.      )
                    )

## FORD MOTOR COMPANY'S LOCAL RULE 7.3 DISCLOSURE

Pursuant to Local Rule 7.3, the defendant, Ford Motor Company states that it has no parent corporation. Ford Motor Company has no other publicly held companies that own more than 10% of its stock.

FORD MOTOR COMPANY,

By Its Attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

James M. Campbell (BBO # 541882)
Mark J. Hoover (BBO # 564473)
Sara K. Thompson (BBO # 648258)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above document upon counsel for all parties by mail on November 14, 2003.

Mark J. Hoover