```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

REAHNA CIAMPA,
      Plaintiff,



      V                  CA 03-12274-JLT

FORD MOTOR COMPANY,
    Defendant.
```

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on March 4, 2004 by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>90</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

```
                               Zita Lovett
                                   /s/
                          _____
                              Deputy Clerk
March 8, 2004
```