UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REAHNA CIAMPA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORD MOTOR COMPANY, )<br>)<br>Defendant. )<br>_____) | CA 03-12274-JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned Parties to this action, by and through their attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that the above-captioned action by and between Reahna Ciampa and Ford Motor Company be fully and finally dismissed on all counts and claims that were or could have been brought, with prejudice and without interest or costs to either party.

| | |
|---|---|
| James M. Campbell, (BBO# 541882)<br>Mark J. Hoover (BBO# 564473)<br>Sara K. Thompson (BBO# 648258)<br>Campbell Campbell Edwards<br>& Conroy, P.C.<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000<br><br>Attorneys for Defendant Ford Motor Company | Michael Phifer, Esq.<br>Michael Phifer, P.C.<br>Three Allen Center<br>333 Clay Suite 4480<br>Houston, TX 77002<br>(713) 571-2500<br><br>Attorney for Plaintiff Reahna Ciampa |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys for all parties by mail on April 28, 2004.

_____
Sara K. Thompson